# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.

**AUSTIN BALLEW,**

        Defendant.

**FILED UNDER SEAL**

**CASE NO. 6:19-cr-10076-JWB**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Sexual Exploitation of a Child**
**18 U.S.C. § 2251(a) and (e)**

On or about September 18, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly attempted to use, persuade, induce, entice and coerce a minor, Minor Victim 1 (born in 2002), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a) and (e).

## COUNT 2

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

On or about September 18, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor Victim 1 (born in 2002), knowing that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 3

### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a) and (e)

On or about September 2, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly used, persuaded, induced, enticed and coerced a minor, Minor Victim 2 (born in 2002), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a) and (e).

## COUNT 4

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

On or about September 2, 2018, in the District of Kansas, the defendant,

### AUSTIN BALLEW,

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor Victim 2 (born in 2002), knowing that Minor Victim 2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 5

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

On or about September 16, 2018, in the District of Kansas, the defendant,

### AUSTIN BALLEW,

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor Victim 3 (born in 2003), knowing that Minor Victim 3 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 6

### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a) and (e)

On or about September 16, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly used, persuaded, induced, enticed and coerced a minor, Minor Victim 4 (born in 2001), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a) and (e).

## COUNT 7

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

Beginning September 15, 2018 and continuing through September 18, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor Victim 4 (born in 2001), knowing that Minor Victim 4 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 8

### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a) and (e)

On or about September 19, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly attempted to use, persuade, induce, entice and coerce a minor, Minor Victim 5 (born in 2004), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a) and (e).

## COUNT 9

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

On or about September 19, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor Victim 5 (born in 2004), knowing that Minor Victim 5 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 10

### Transfer of Obscene Material to a Minor
### 18 U.S.C. § 1470

On or about September 19, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly transferred obscene matter, to wit, a picture purportedly of his penis, to an individual who had not attained the age of 16 years, to wit, Minor Victim 5 (born in 2004), knowing that such individual had not attained the age of 16 years, using any facility and means of interstate and foreign commerce, in violation of Title 18 U.S.C. § 1470.

### COUNT 11

### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a) and (e)

On or about September 11, 2018, in the District of Kansas, the defendant,

### AUSTIN BALLEW,

knowingly used, persuaded, induced, enticed and coerced a minor, Minor Victim 6 (born in December 2000), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a) and (e).

### COUNT 12

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(b)(2)

On or about September 11, 2018, in the District of Kansas, the defendant,

### AUSTIN BALLEW,

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor

Victim 6 (born in December 2000), knowing and in reckless disregard of the fact that Minor Victim 6 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 13

### Sexual Exploitation of a Child
### 18 U.S.C. § 2251(a) and (e)

On or about September 2, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly attempted to use, persuade, induce, entice and coerce a minor, Minor Victim 7 (born in 2003), to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a) and (e).

## COUNT 14

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

On or about September 2, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor Victim 7 (born in 2003), knowing that Minor Victim 7 had not attained the age of 18

years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNT 15

### Sex Trafficking of a Minor
### 18 U.S.C. §1591(a)(1) and (b)(2)

On or about September 6, 2018, in the District of Kansas, the defendant,

**AUSTIN BALLEW,**

knowingly solicited, and attempted to do so, a person under 18 years of age, Minor Victim 8 (born in 2002), knowing that Minor Victim 8 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and did so in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

**A TRUE BILL.**

April 23, 2019  /s/ Foreperson
DATE  FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**